| Cause #: | 2012-20003 | | Court # | 333RD | Judgment Date: | 12/8/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63427514 |
| Due Date: | 2/6/2015 | | Attorney Bar No: | 24003733 | | |
| Assigned to | FIRST | Court of Appeals | | | | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | | N/A | |
| Request for Transcript Filed? | | NONE | | | | |
| Notice of Appeal previously filed? N | | | | | | |
| Number of Days: | 60 | | | | | |
| File Ordered: | | | | | | |
| Notes: | | | | | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 2:42:25 PM
CHRISTOPHER A. PRINE
Clerk

BC     Notice of Appeal filed
BG    Notice of Appeal filed – Government
C      Appealing Final Judgment
D -    Accelerated Appeal
OA    No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

## NO. 2012-20003

| | | |
|---|---|---|
| **GERALD KNAPP,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **NARCISO AURIOLES and** | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| *Defendants* | § | **333rd JUDICIAL DISTRICT** |

## HARRIS COUNTY'S NOTICE OF APPEAL

1.      Harris County, Texas, desires to appeal from the district court's final judgment of December 8, 2014.   Said appeal may include any orders or rulings rendered by the district court prior to or subsequent to its rendition and signing of the final judgment.

2.      Harris County appeals to either the First or Fourteenth Court of Appeals.

3.      This is neither an accelerated nor a restricted appeal.

4.      By this notice of appeal, Harris County supersedes the district court's judgment and orders pending the disposition of this appeal.   *See In re Long*, 984 S.W.2d 623, 626 (Tex. 1999) (orig. proceeding).

1

Respectfully submitted,

 */s/ Michael R. Hull*

OF COUNSEL:
VINCE RYAN

County Attorney
Harris County, Texas

MICHAEL R. HULL
Senior Assistant County Attorney
State Bar No. 24003733
1019 Congress, 15th Floor
Houston, Texas   77002
(713) 274-5138 (telephone)
(713) 755-8848 (facsimile)
michael.hull@cao.hctx.net (e-mail)

ATTORNEY FOR
HARRIS COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, a true and correct copy of the foregoing was forwarded by facsimile, certified mail, return receipt requested, electronic mail, electronic service, or hand-delivery to the following:

**Attorney for Plaintiff Knapp**
Scott C. Lannie
LAW OFFICES OF SCOTT C. LANNIE, P.C.
4000 Garth Road, Suite 150
Baytown, Texas   77521
(281) 303-8280 (facsimile)
sclannie@aol.com

**Attorney for Defendant Aurioles**
James A. Ceronsky
SOULE, BALDWIN & FANAFF
11200 Richmond, Suite 250
Houston, Texas   77082
(281) 752-6329 (facsimile)

 */s/ Michael R. Hull*
MICHAEL R. HULL
Senior Assistant County Attorney

CASE NUM: 201220003__ PJN> __  TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: PERSONAL INJURY-AUTO           CASE STATUS: DISPOSED (FINAL)
STYLE: KNAPP, GERALD                  VS AURIOLES, NARCISO
====================================================================================
                    **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME           PTY    ASSOC. ATTY
   NUM    NUMBER                                       STAT
_      00005-0001 MED 02859200 BRAGG, MELANIE D.
_      00004-0001 AGT          HARRIS COUNTY TEXAS (A GOVERNM
_      00003-0001 DEF 24003733 HARRIS COUNTY TEXAS          HULL, MICHAEL
_      00003-0001 PAD 24025529 MEANS, CHANINN MEA BUCKNER
_      00003-0001 PAD 24061127 JOHNSON, LINDSAY ANNE
_      00002-0001 DEF 04048300 AURIOLES, NARCISO            CERSONSKY, JA
_      00001-0001 PLT 11937350 KNAPP, GERALD                LANNIE, SCOTT


==> (7) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 08, 2015(C1)
INT6510                    CIVIL CASE INTAKE               OPT: _____ - INT
                         GENERAL PARTY INQUIRY             PAGE:   1 -    1

CASE NUM: 201220003__ PJN> __  TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: PERSONAL INJURY-AUTO           CASE STATUS: DISPOSED (FINAL)
STYLE: KNAPP, GERALD                  VS AURIOLES, NARCISO
====================================================================================
                     **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME           PTY    ASSOC. ATTY
   NUM    NUMBER                                       STAT


==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP